# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY MULLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 18 CV 3676 |
| TORY BRIDGEFORTH, SOUTH ) | |
| SUBURBAN COLLEGE, and VILLAGE ) | |
| OF DIXMOOR, ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:     Service list

PLEASE TAKE NOTICE that on August 30, 2018 I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **TORY BRIDGEFORTH'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and served upon you herewith.

                                        Respectfully submitted,
                                        TORY BRIDGEFORTH


                        By:     */s/ K. Austin Zimmer*
                                One of Bridgeforth's attorneys

K. Austin Zimmer (#6276227)
Timothy A.M. Woerner (#6314290)
DEL GALDO LAW GROUP, LLC.
1441 S. Harlem Ave.
Berwyn, IL 60402
(708)222-7000
(708)222-7001 Fax
woerner@dlglawgroup.com
zimmer@dlglawgroup.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice and Answer to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record identified above on this 30th day of August, 2018.

*/s/ K. Austin Zimmer*
K. Austin Zimmer


## SERVICE LIST

| | |
|---|---|
| David Steven Lipschultz | Michael J. Victor |
| Law Offices of David S. Lipschultz | O'Halloran Kosoff Geitner & Cook LLC |
| 200 S Michigan | 650 Dundee Road |
| Suite 201 | Suite 475 |
| Chicago, IL 60604 | Northbrook, IL 60062 |
| 312-414-1778 | 847-291-0200 |
| david@dsllawoffice.com | mvictor@okgc.com |
| *Attorney for Plaintiff* | *South Suburban College* |

Michael D. Bersani
Tara M. Grimm
Hervas, Condon & Bersani, P.C.
333 Pierce Road
Suite 195
Itasca, IL 60143-3156
630-773-4774
mbersani@hcbattorneys.com
tgrimm@hcbattorneys.com
*Attorney for Village of Dixmoor*