## CERTIFICATE OF SERVICE

      I certify that on November 13, 2018, I served a copy of **Plaintiff's Responses to Mandatory Initial Discovery** on counsel for Defendants by emailing a copy to:

K. Austin Zimmer
Timothy A.M. Woerner
Del Galdo Law Group, LLC
1441 S. Harlem Avenue
Berwyn, IL 60402
zimmer@dlglawgroup.com

Michael J. Victor
O'Halloran Kosoff Geitner & Cook, LLC.
650 Dundee Road, Suite 475
Northbrook, IL 60062
mvictor@okgc.com

Michael D. Bersani
Tara Grimm
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143
mbersani@hcbatorneys.com
tgrimm@hbcattorneys.com

                                          /s/ David S. Lipschultz
                                          *Attorney for Plaintiff*

                                          Law Offices of David S. Lipschultz
                                          200 South Michigan Avenue, Suite 201
                                          Chicago, IL 60604
                                          312-414-1778
                                          david@dsllawoffice.com